372 A.2d 417
Commonwealth v. D'Aurizio, Appellant.

Argued De-

cember 6, 1976. Jerome R. Smith, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.